Rehana Jabeen
ACP 4802 P.O. Box 1110
Albany NY 12201-1110
716-263-4916
Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
7/6/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: eva DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Mohammed Hameed Khan
Plaintiff,
vs.
Rehana Jabeen
Defendant.

Case No.: 5:21-cv-00663-JWH-SPx

**Suggestion of Bankruptcy**

Comes now the Defendant Rehana Jabeen, through his/her undersigned attorney, and would show the Court:

1. The Defendant has filed a petition for relief under Chapter 7, United States Code, in the United Stated Bankruptcy Court for the Western District of New York, which bears the case number: 1-22-10556-CLB.
2. Relief was ordered on June 16, 2022.
3. This is for informational purposes only. And does not constitute a notice of appearance by the undersigned

WHEREFORE, the defendant suggests that this action has been stayed under

chapter 7 of the Bankruptcy Code.

Dated: June _30__, 2022

By ______________ ___/s/ Rehana Jabeen
Defendant REHANA JABEEN in Pro Per

**Information to identify the case:**

Debtor 1 **Rehana Jabeen** Social Security number or ITIN: **xxx–xx–8799**

First Name Middle Name Last Name

Debtor 2 (Spouse, if filing)

First Name Middle Name Last Name

United States Bankruptcy Court **Western District of New York** Date case filed for chapter **7** **June 16, 2022**

Case number: **1–22–10556–CLB**

Official Form 309A (For Individuals or Joint Debtors) 10/2020

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**
**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rehana Jabeen | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | ACP 4802<br>PO Box 1110<br>Albany, NY 12201 | |
| 4. | **Debtor's attorney**<br>Name and address | Frank J. Jacobson<br>101 Slade Avenue<br>West Seneca, NY 14224 | Contact phone (716) 824–7200 |
| 5. | **Bankruptcy trustee**<br>Name and address | Regina A Walker<br>Law Office of Regina Walker<br>300 International Drive<br>Suite 100<br>Williamsville, NY 14221 | Contact phone 716–626–3510 |

**For more information, see page 2 >**

Debtor **Rehana Jabeen** Case number **1–22–10556–CLB**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Robert H. Jackson U.S. Courthouse<br>2 Niagara Square<br>Buffalo, NY 14202<br><br>Website: http://www.nywb.uscourts.gov | Hours open: 8:00 a.m. to 4:30 p.m. Monday – Friday<br><br>Contact phone (716) 362–3200<br><br>Date: June 17, 2022 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 20, 2022 at 10:30 AM**<br><br>***FOR 341 MEETING CALL–IN NUMBER & PASSCODE, CHECK THE DOCKET OR CONTACT THE TRUSTEE LISTED IN SECTION 5 OF THIS NOTICE.**<br><br>**Individual debtors must provide picture identification and proof of social security number to the trustee at this meeting of creditors. Failure to do so may result in your case being dismissed.**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**DUE TO COVID19 THE MEETING OF CREDITORS WILL BE HELD TELEPHONICALLY UNTIL FURTHER NOTICE.**<br><br>**PLEASE CHECK THE CASE DOCKET FOR CURRENT INFORMATION.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | Filing deadline: **September 19, 2022** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Rehana Jabeen - Pro-Se<br>ACP 4802<br>P.O. Box 1110<br>Albany NY 12201 -1110<br>TELEPHONE NO.: 716-263-4916 FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br>STREET ADDRESS: 11 W. 4th Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Ana. 92701-4516<br>BRANCH NAME: Ronald Reagan Federal Building and U.S. Courthouse | |
| PLAINTIFF/PETITIONER: Mohammed Hameed Khan<br>DEFENDANT/RESPONDENT: Rehana Jabeen | |
| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER:<br>5:21-cv-00663-JWH-SPx<br>JUDGE: John W. Holcomb<br>DEPT.: |

**To the court and to all parties:**

1. Declarant *(name):* Rehana Jabeen

   a. ☐ is ☒ the party ☐ the attorney for the party who requested or caused the stay.

   b. ☐ is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. ☐ With regard to all parties.

   b. ☒ With regard to the following parties *(specify by name and party designation):* Defendant Rehana Jabeen

3. Reason for the stay:

   a. ☒ Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. ☐ Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/30/22

Rehana Jabeen
(TYPE OR PRINT NAME OF DECLARANT)

[signature]
(SIGNATURE)



Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650
www.courts.ca.gov

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**




Clear this form