JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD HAMEED KHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REHANA JABEEN,<br><br>　　　　Defendants. | Case No. 5:21-cv-00663-JWH-SP<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 47] entered on or about December 7, 2023, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 10, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE